FILED: February 8, 2006

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-229

In Re: ANTHONY GEORGE ROSS,

                                                    Movant.

O R D E R

Movant has filed a motion pursuant to 28 U.S.C. § 2244 (2000) for authorization to file a successive application for relief.

The Court denies the motion as unnecessary.

Entered at the direction of Judge Michael, with the concurrence of Judge Niemeyer and Judge Duncan.

                                              For the Court,

                                           /s/ Patricia S. Connor
                                                   CLERK