# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:94-CR-00005-KDB

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **ORDER** |
| ANTHONY GEORGE ROSS, | |
| Defendant. | |

**THIS MATTER** comes before the Court on Defendant's *pro se* Motion for Order Directing BOP to Release Medical Records. (Doc. No. 79).

Defendant filed a motion for compassionate release on July 28, 2020, arguing that he is at a greater risk of death from COVID-19 complications due to his underlying health conditions. In a separate motion, Defendant states that he is unable to obtain his medical records to file in support of his motion for compassionate release. Defendant claims that he has requested his medical records from USP Lewisburg twice, but has received no response. Accordingly, he asks the Court to enter an order directing the BOP to release his medical records.

In order to fully consider the merits of Defendant's request, the Court will order the United States Attorney's Office to obtain Defendant's medical records from the BOP and file them under seal within fourteen (14) days of the entry of this Order. Additionally, the Court will order that USP Lewisburg provide Defendant with access to his medical records to assist Defendant in his motion for compassionate release.

**IT IS THEREFORE ORDERED** that:

(1) The United States Attorney's Office **SHALL** submit Defendant's medical records from the BOP under seal within fourteen (14) days of the entry of this Order; and

(2) USP Lewisburg **SHALL** provide Defendant with access to his medical records to assist Defendant in his motion for compassionate release.

**SO ORDERED.**

Signed: July 30, 2020

Kenneth D. Bell
United States District Judge